UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ST. VINCENT MEDICAL GROUP, INC. d/b/a, ASCENSION MEDICAL GROUP- INDIANA,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:22-mc-00011-JPH-MG<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff St. Vincent Medical Group, Inc. d/b/a Ascension Medical Group – Indiana ("AMG"), by counsel, hereby appeals to the United States Court of Appeals for the Seventh Circuit following the District Court's October 27, 2022 entry of "Final Judgment under Federal Rule of Civil Procedure 58" (ECF No. 28).

Respectfully submitted,

*/s/ Andrew M. McNeil*
Andrew M. McNeil (#19140-49)
Tyler J. Moorhead (#34705-73)

Bose McKinney & Evans LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5000
(317) 684-5173 (FAX)
amcneil@boselaw.com
tmoorhead@boselaw.com

*Attorneys for Plaintiff, St. Vincent Medical Group, Inc. d/b/a Ascension Medical Group – Indiana*

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2022, a copy of the foregoing "Plaintiff's Notice of Appeal" was filed electronically. Notice of this filing will be sent to the following counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Shelese Woods
Assistant United States Attorney
Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204
Shelese.Woods@usdoj.gov

/s/ *Andrew M. McNeil*
Andrew M. McNeil

4463007